# EXHIBIT 9

| Teledyne Dalsa - Xineos X-Ray Image Reconstruction Technology Infringement of the '261 patent ||
|---|---|
| **Claim 38** | **Evidence** |
| (38.0) A method, comprising: | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology performs a method.<br><br>For example, Xineos X-Ray Image Reconstruction Technology "is a revolutionary new method of capturing sharp panoramic images"<br><br>https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |
| (38.1) acquiring a first image; | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology acquires a first image.<br><br>For example, "Using high speed frame-based CMOS detectors, we capture a 3D tomographic volume containing the entire clinically-relevant patient anatomy. This allows us to generate a stack of tomographic planes." |

| | |
|---|---|
| | <br>https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |
| (38.2) acquiring a second image; | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology acquires a second image.<br><br>For example, "This allows us to generate a stack of tomographic planes." |

| | |
|---|---|
| |  |
| (38.3) converting at least a portion of the first and second images from a rectilinear-based view to a cylindrical-based view based at least in part on a conversion from rectilinear to cylindrical coordinates; | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology converts at least a portion of the first and second images from a rectilinear-based view to a cylindrical-based view based at least in part on a conversion from rectilinear to cylindrical coordinates<br><br>For example, "From a tomographic stack, our advanced algorithms reconstruct an ideal 2D panoramic projection"<br><br><br><br>https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |
| (38.4) compositing the at least a portion of the first and second images; | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology performs compositing the at least a portion of the first and second images.<br><br>For example, "The x-ray image optimization algorithms automatically combine the sharpest regions from each tomographic plane to produce a fully optimized and enhanced visualization of |

| | |
|---|---|
| | the patient's anatomy." 

http://info.teledynedalsa.com/acton/attachment/14932/f-04e8/1/-/-/-/-/X-Ray%20Dental%20Brochure.pdf |
| (38.5) converting a perspective of at least a strip portion of the first image from a first orientation to a second orientation, wherein said at least a portion of the first image comprises said at least said strip portion; and | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology converts a perspective of at least a strip portion of the first image from a first orientation to a second orientation, wherein said at least a portion of the first image comprises said at least said strip portion.

For example, "From a tomographic stack, our advanced algorithms reconstruct an ideal 2D panoramic projection"
https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |
| (38.6) displaying the at least a portion of the first and second images. | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology displays the at least a portion of the first and second images.

For example, "The result: the best image possible for any anatomy, enabling better diagnosis and improved patient treatment opportunities."

https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |