# EXHIBIT 10

| Teledyne Dalsa - Xineos X-Ray Image Reconstruction Technology Infringement of the '223 patent ||
|---|---|
| **Claim 36** | **Evidence** |
| (36.0) A method performed by a computing device having a processor and a memory, comprising: | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology performs a method performed by a computing device having a processor and a memory.<br><br>For example, Xineos X-Ray Image Reconstruction Technology "is a revolutionary new method of capturing sharp panoramic images"<br><br>https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |
| (36.1) converting by the processor at least a portion of a first image and at least a portion of a second image from a rectilinear-based view to a cylindrical-based view based at least in part on a conversion from rectilinear to cylindrical coordinates; | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology converts at least a portion of a first image and at least a portion of a second image from a rectilinear-based view to a cylindrical-based view based at least in part on a conversion from rectilinear to cylindrical coordinates.<br><br>For example, "Using high speed frame-based CMOS detectors, we capture a 3D tomographic volume containing the entire clinically-relevant patient anatomy. This allows us to generate a stack of tomographic planes." |

| | |
|---|---|
| |  "From a tomographic stack, our advanced algorithms reconstruct an ideal 2D panoramic projection"  https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |
| (36.2) converting by the processor at least a portion of the cylindrical-based view to a rectilinear-based view based at least in part on a conversion from cylindrical to rectilinear coordinates; and | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology converts at least a portion of the cylindrical-based view to a rectilinear-based view based at least in part on a conversion from cylindrical to rectilinear coordinates. For example, "The x-ray image optimization algorithms automatically combine the sharpest regions from each tomographic plane to produce a fully optimized and enhanced visualization of the patient's anatomy." |

| | |
|---|---|
| | <br>http://info.teledynedalsa.com/acton/attachment/14932/f-04e8/1/-/-/-/-/X-Ray%20Dental%20Brochure.pdf |
| (36.3) displaying at least a selected portion of the rectilinear-based view converted from the cylindrical-based view. | The Teledyne Dalsa Xineos X-Ray Image Reconstruction Technology displays at least a selected portion of the rectilinear-based view converted from the cylindrical-based view.<br><br>For example, "The result: the best image possible for any anatomy, enabling better diagnosis and improved patient treatment opportunities."<br><br>https://www.teledynedalsa.com/en/learn/markets-and-applications/medical-life-sciences/x-ray-image-reconstruction-software/ |